UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| M. NORMAN HAMMERLORD,<br><br>     Plaintiff - Appellant,<br><br> v.<br><br>MARA W. ELLIOTT, San Diego City Attorney and TODD GLORIA, San Diego City Mayor,<br><br>     Defendants - Appellees. | No. 24-1095<br><br>D.C. No.<br>3:23-cv-00663-JO-KSC<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: TASHIMA and KOH, Circuit Judges.

On February 22, 2024, appellant filed a notice of appeal of the district court's order entered January 4, 2024. Although the February 22, 2024 notice of appeal was not timely filed within 30 days after entry of the January 4, 2024 order, the notice of appeal attached a motion for an extension of time to appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5) (District Court Docket Entry No. 11-1). The district court has not ruled on that motion.

This appeal is remanded to the district court for the limited purpose of allowing that court to rule on appellant's February 22, 2024 motion. The district court is requested to serve a copy of its decision on this court at its earliest convenience.

The opening brief was filed on March 18, 2024.  Because there is no appearance by appellees, briefing is complete.  All pending motions are stayed until the district court issues a decision on the February 22, 2024 motion.

If the district court grants the motion to extend time, appellant does not need to file a new notice of appeal.

The Clerk will send a copy of this order to the district court.

24-1095