**M Norman Hammerlord**
3955 Park Blvd        #303
San Diego                92103
     (619) 807-4218
     m1831@att.net



FILED

JUN 0 7 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M NORMAN HAMMERLORD, ) | DISTRICT COURT CASE NO: |
| ) | |
| Plaintiff, ) | 3:23-cv-00663-JO-KSC |
| ) | |
| versus ) | APPEALS COURT CASE N0: |
| ) | |
| MARA W ELLIOT, ) | 24-1095 |
| San Diego City Attorney, ) | |
| ) | REQUEST FOR |
| TODD GLORIA, ) | CLARAFICATION |
| San Diego City Mayor, ) | |
| ) | |
| Defendant(s) ) | |
| _____ ) | |

Now comes Plaintiff M Norman Hammerlord seeking clarification of the Court's 29 May 2024 Order Granting Request to Reopen the Time to File an Appeal.

On 22 February 2024, Plaintiff filed a Notice of Appeal and a Motion for Extension of Time. On 23 May 2024, the Ninth Circuit remanded the case to the district court for the limited purpose of allowing that court to rule on appellant's February motion. The order stated that if the district court grants the motion to extend time, appellant does not need to file a new notice of appeal.

1

The District Court Order concludes with the statement that Petitioner has fourteen days following the entry of this order … to file his notice of appeal with the Ninth Circuit. Petitioner requests clarification on whether his previous filing satisfies the District Court's requirements to file said notice again?

Signed: _M. Hammer_      Dated: _07 JUN 24_